## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Nomination Petition of Jordan   :
Bingham as Candidate for the Office   :
Democratic Committee Person      :
Ward 45, Division 9           : No. 317 C.D. 2022
                           :
Appeal of: Janice Pluck         :

## AMENDMENT ORDER

AND NOW, this 3rd day of May, 2022, the Court's opinion in the above matter, filed April 11, 2022, is amended to reflect the following addition:

OPINION[1]
BY JUDGE COVEY

[1] "A reported opinion of a single judge filed after October 1, 2013, in an election law matter may be cited as binding precedent in an election law matter only." Section 414(d) of the Commonwealth Court Internal Operating Procedures, 210 Pa. Code § 69.414(d).

In all other respects, the Opinion and Order shall remain in effect.

It is hereby ORDERED that the above-captioned opinion filed April 11, 2022, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge